IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Circuito Cerrado, Inc., | NO. C 10-02558 JW |
|       Plaintiff, | **ORDER TO SHOW CAUSE RE. DISMISSAL** |
| v. | |
| Edgar D. Huinac Garcia, d.b.a. Frida Bar, | |
|       Defendant. | |

On September 2, 2010, Plaintiff filed a Request to Enter Default in this case. (See Docket Item No. 6.) On September 7, 2010, the Clerk entered Default as requested by Plaintiff. (See Docket Item No. 10.) Since that time, there has been no further activity in this case, as reflected by the docket. Accordingly, on **July 11, 2011 at 9 a.m.**, Plaintiff shall appear to show cause, if any, by actual appearance in Court and by certification filed with the Court on or before **July 1, 2011**, why this case should not be dismissed for lack of prosecution. See Fed. R. Civ. P. 41(b). The certification shall set forth, in factual summary, the reasons why this case has been idle for over nine months, and will state what action Plaintiff is taking to bring this case to a close. Failure to comply with any part of this Order is sufficient to warrant dismissal under Fed. R. Civ. P. 41(b), which is a dismissal on the merits.

Dated: June 17, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

| | |
|---|---|
| **Dated: June 17, 2011** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**       |
| | **Susan Imbriani** |
| | **Courtroom Deputy** |