United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Circuito Cerrado, Inc., | NO. C 10-02558 JW |
| Plaintiff, | **ORDER REQUIRING SUPPLEMENTAL EVIDENCE RE. REQUEST FOR FEES AND COSTS** |
| v. | |
| Edgar D. Huinac Garcia, d.b.a. Frida Bar, | |
| Defendant. | |

Presently before the Court is Plaintiff's Motion for Default Judgment.[1] In its Motion, Plaintiff requests attorney fees and costs.[2] (Id.) Upon review, however, the Court finds that Plaintiff has failed to provide an accounting of attorney fees or costs in any of its filings, frustrating the Court's efforts at evaluating its request for attorney fees and costs.

Accordingly, on or before **September 21, 2011 at noon**, Plaintiff shall file a supplemental declaration providing a detailed accounting of its request for attorney fees and costs. Failure to timely file the required accounting shall be deemed a waiver of Plaintiff's request for fees and costs.

Dated: September 19, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Notice of Application and Application for Default Judgment by the Court, Docket Item No. 13.)

[2] (See Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment by the Court at 10-11, Docket Item No. 13-1.)

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Thomas Peter Riley TPRLAW@att.net

4  **Dated:  September 19, 2011**                              **Richard W. Wieking, Clerk**

5                                                                          **By:      /s/ JW Chambers
                                                                                       Susan Imbriani
                                                                                       Courtroom Deputy**